# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:03CR413 |
| vs. | JUDGMENT |
| JEFFREY RUSSO, | |
| Defendant. | |

IT IS ORDERED:

1. That the Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), ECF No. 99;

2. The § 2255 Motion, ECF No. 99, is summarily dismissed; and

4. The Clerk will mail a copy of this Judgment to the Defendant at the Defendant's last known address.

Dated this 27th day of April, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge